IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-225-RJC-DCK

| | |
|---|---|
| TITLE TRADING SERVICES USA, INC., | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ARINDAM KUNDU, COASTAL MANAGEMENT LLC, MARC PRESTON, SAIF ASHRAF, DEREK CHIU, and ELIOT T. SMITH, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) filed by Eric H. Cottrell, concerning Ben C. Broocks on April 29, 2014. Mr. Ben C. Broocks seeks to appear as counsel *pro hac vice* for Plaintiff Title Trading Services USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) is **GRANTED.** Mr. Ben C. Broocks is hereby admitted *pro hac vice* to represent Plaintiff Title Trading Services USA, Inc.

**SO ORDERED**.

Signed: April 30, 2014

David C. Keesler
United States Magistrate Judge