# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-225-RJC-DCK

| | |
|---|---|
| TITLE TRADING SERVICES USA, INC., | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| ARINDAM KUNDU, COASTAL MANAGEMENT LLC, MARC PRESTON, SAIF ASHRAF, DEREK CHIU, and ELIOT T. SMITH, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) filed by Eric H. Cottrell, concerning Daniel Constantine Nicolas on April 29, 2014. Mr. Daniel Constantine Nicolas seeks to appear as counsel *pro hac vice* for Plaintiff Title Trading Services USA, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 3) is **GRANTED.** Mr. Daniel Constantine Nicolas is hereby admitted *pro hac vice* to represent Plaintiff Title Trading Services USA, Inc.

**SO ORDERED**.

Signed: April 30, 2014

David C. Keesler
United States Magistrate Judge