IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-225-RJC-DCK

| | |
|---|---|
| TITLE TRADING SERVICES USA, INC. § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> ARINDAM KUNDU, COASTAL § <br> MANAGEMENT LLC, MARC PRESTON, § <br> SYED SAIF ASHRAF, DEREK CHIU, and § <br> ELIOT T. SMITH, § <br> § <br> Defendants. § <br> § <br> § | **JOINT STIPULATION OF TITLE TRADING, COASTAL MANAGEMENT LLC, AND MARC PRESTON REGARDING PRELIMINARY INJUNCTION** |

1. Pending before the Court is the Application of Title Trading Services USA, Inc. ("*Title Trading*," "*Title*" or "*Company*") for a Temporary Restraining Order, Preliminary Injunction and Limited Asset Freeze (the "*Application for Preliminary Injunction*").

2. Plaintiff Title Trading and Defendants Coastal Management LLC ("Coastal") and Marc Preston ("Preston") hereby stipulate to the entry of a Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure as to Coastal and Preston on the same terms and conditions as the Temporary Restraining Order entered by the Court on May 2, 2014.

3. The parties to this Stipulation agree that Coastal and Preston are not waiving, and expressly reserve, their right to object to personal jurisdiction in the case at bar. The parties further agree that by signing this Stipulation, neither Coastal nor Preston shall be deemed to have acknowledged any wrongdoing or liability to Title, and the Stipulation may not be used against any party to establish liability for the claims set forth in the pleadings. Lastly, nothing contained

1

herein precludes Coastal and Preston from challenging the terms of injunctive relief described herein or requesting the Court to terminate the injunction against them, nor does it elevate the burden required for such a challenge.

4. Further, Plaintiff Title Trading and Defendants Coastal and Preston agree that a bond in the amount of $500 will serve as adequate security pursuant to Rule 65(c) of the Federal Rules of Civil Procedure.

Respectfully submitted this 30th day of May, 2014.

| | |
|---|---|
| PARKER POE ADAMS & BERNSTEIN LLP | NELSON MULLINS RILEY & SCARBOROUGH LLP |
| By: /s/ Eric H. Cottrell<br>Eric H. Cottrell<br>NC Bar No. 21994<br>ericcottrell@parkerpoe.com<br>Three Wells Fargo Center<br>401 South Tryon Street, Suite 3000<br>Charlotte, North Carolina 28202<br>(704) 372-9000<br>Attorney for Plaintiff Title Trading Services USA, Inc. | By: /s/ Thomas William McGee, III<br>Thomas W. McGee III<br>NC Bar No. 46592<br>billy.mcgee@nelsonmullins.com<br>1320 Main Street / 17th Floor<br>Post Office Box 11070 (29211-1070)<br>Columbia, SC 29201<br>(803) 799-2000<br>Attorney for Coastal Management LLC and Marc Preston |

BROOCKS LAW FIRM PLLC

By: /s/ Ben C. Broocks
Ben C. Broocks (admitted pro hac)
Texas Bar No. 03058800
bbroocks@broockslawfirm.com
Daniel C. Nicolas (admitted pro hac)
Texas Bar No. 24085500
dnicolas@broockslawfirm.com
8704 Mendocino Drive
Austin, Texas 78735
(512) 201-2000
(512) 201-2032 - Fax
Attorneys for Plaintiff Title Trading Services USA, Inc.

## CERTIFICATE OF SERVICE

I certify that on May 30, 2014, the foregoing document was served upon each of the Defendants via U.S. Mail postage prepaid:

Arindam Kundu
4625 Piedmont Row Drive, Unit 600e
Charlotte, NC  28105

Syed Saif Ashraf
580 Mill Creek Lane, Apt. 208
Santa Clara, California 95054

Derek Chiu
16854 Powells Cove Blvd., Unit #25
Beechhurst, New York, 11357

Eliot T. Smith
10 New King Street, Suite 106
White Plains, New York 10604

and to the following counsel of record who is registered on the CM/ECF system:

T. William McGee, III
Travis Andrew Bustamante
Nelson Mullins Riley & Scarborough
1320 Main St., 17th Floor (29201)
PO Box 11070
Columbia, SC 29211

*Attorneys for Marc Preston and Coastal Management LLC*

/s/ Eric H. Cottrell
Eric H. Cottrell