IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-225-RJC-DCK

| | |
|---|---|
| TITLE TRADING SERVICES USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ARINDAM KUNDU, COASTAL ) | |
| MANAGEMENT LLC, MARC PRESTON, ) | |
| SAIF ASHRAF, DEREK CHIU, and ELIOT ) | |
| T. SMITH, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) filed by William F. Hamel, concerning Gilbert de Dios on June 16, 2014. Mr. Gilbert de Dios seeks to appear as counsel *pro hac vice* for Defendant Derek Chiu. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 28) is **GRANTED.** Mr. Gilbert de Dios is hereby admitted *pro hac vice* to represent Defendant Derek Chiu.

**SO ORDERED**.

Signed: June 16, 2014

David C. Keesler
United States Magistrate Judge